UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

**Jose Mejia**,

        Plaintiff,

-vs-

**ORDER OF DISCONTINUANCE**

CV- 05-1144(FB)(MG)

**35-09 Ditmars Bagel Corp.**,

        Defendant.
----------------------------------------X

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        May 31, 2005